IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

**FREDERICK BANKS, #05711-068**                                                          **PLAINTIFF**

**VERSUS**                                        **CIVIL ACTION NO. 5:07-cv-214-DCB-MTP**

**UNKNOWN DUCKWORTH and UNKNOWN WRIGHT**                         **DEFENDANTS**

### FINAL JUDGMENT

This cause is before the Court, *sua sponte*, for consideration of dismissal. Pursuant to the Memorandum Opinion and Order issued this date and incorporated herein by reference,

IT IS HEREBY ORDERED AND ADJUDGED that this cause be, and is hereby, dismissed without prejudice, pursuant to Fed.R.Civ.P. 41(b).

This the 11th day of March, 2008.

                                                        s/ David Bramlette
                                        UNITED STATES DISTRICT JUDGE